UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON K. HILLMON,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06409-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 30)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 25) |

    Plaintiff, Carlton K. Hillmon ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 23, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed August 23,
8 2005, are ADOPTED IN FULL; and,
9   2.  Defendants' motion to dismiss, filed January 26, 2005,
10 is GRANTED IN PART and DENIED IN PARTY as follows:
11     a.  Defendants' motion to dismiss plaintiff's claims
12 for damages against defendants in their official capacities is
13 GRANTED;
14     b.  Defendants' motion to dismiss plaintiff's First
15 Amendment claim is GRANTED;
16     c.  Defendants' motion to dismiss plaintiff's claim
17 under the RLUIPA is DENIED;
18     d.  Defendants are GRANTED qualified immunity as to
19 plaintiff's claims for damages against defendants under RLUIPA;
20 and,
21     e.  This case proceed on plaintiff's claim for
22 injunctive relief under RLUIPA.
23   IT IS SO ORDERED.
24 **Dated:  September 28, 2005**          /s/ Robert E. Coyle
   668554                         UNITED STATES DISTRICT JUDGE