UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLTON K. HILLMON, | ) | CV F- 03-6409 REC DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PARTIES TO FILE FURTHER BRIEFING |
| v. | ) | [Doc 39] |
| EDWARD S. ALAMEIDA, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff Carlton Hillmon ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000).  This action is proceeding against defendants Mitchell and Rawers ("defendants") on plaintiff's claim that they violated his rights under RLUIPA by substantially burdening his religious exercise.  On September 29, 2005, the District Court adopted the undersigned's recommendation that plaintiff's claims under the First Amendment and plaintiff's claim for damages be dismissed.  This action therefore proceeds only plaintiff's claim for injunctive relief under RLUIPA.

    On January 27, 2006, defendants moved to dismiss this action on the ground that plaintiff's claims are moot based on the amendments to the CDCR regulations which now permit the wearing

1  of long hair. Effective January 17, 2006, the Office of Administrative Law filed with the Secretary
2  of State, emergency changes to the grooming standards (Cal.Code Regs tit. 15, §§ 3000-3210) that
3  now permit inmates to wear their hair long and to wear beards as specified.

4      Plaintiff argues his action his not moot since there are still disputes as to the remedies he
5  requested. Plaintiff argues that he is entitled to expungement of any disciplinary violations; court
6  filing fees; and compensation for lost wages. In their reply, defendants point out that plaintiff did not
7  seek expungement of his disciplinary record in his complaint and it is unclear whether plaintiff
8  suffered disciplinary action.

9      The Court requires further briefing on the issue of what, if any disciplinary action plaintiff
10  has suffered as a result of the regulation at issue. Accordingly, defendants are HEREBY ORDERED
11  to file supplemental briefing in support of their motion to dismiss within 30 days of this Order.
12  Defendants shall specifically address what, if any, disciplinary action plaintiff has suffered as the
13  result of the regulation and defendants' ability/willingness to expunge plaintiff's record. Plaintiff
14  shall file a response to Defendants' supplemental brief within 30 days of service.

15      IT IS SO ORDERED.

16  **Dated:   March 30, 2006**         **/s/ Dennis L. Beck**
    3c0hj8                              UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28