1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  CARLTON HILLMON,                    1:03-cv-06409-AWI-DLB-P

12           Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                               **RECOMMENDATIONS** (Doc. 45)
13  vs.
                               **ORDER GRANTING MOTION TO**
14  G. MITCHELL, et al.,       **DISMISS** (Doc. 39)

15           Defendants.       **ORDER CONCLUDING ENTIRE ACTION**
    _____/

16

17      Plaintiff, Carlton Hillmon ("plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22      On August 10, 2006, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on the parties and which

24  contained notice to the parties that any objections to the

25  Findings and Recommendations were to be filed within twenty (20)

26  days.  To date, the parties have not filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                                    1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations, filed August 10,

8 2006, are ADOPTED IN FULL;

9    2.    Defendants' motion to dismiss, filed January 27, 2006,

10 is GRANTED on the ground that the action is now MOOT; and,

11    3.    This action is therefore CONCLUDED in its entirety.

12

13 IT IS SO ORDERED.

14 **Dated:    September 12, 2006**          **/s/ Anthony W. Ishii**
     0m8i78                               UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2